Opinion filed September 28, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed September 28, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00227-CV 

                                                    __________

 

                                         KELLY PARRA, Appellant

 

                                                             V.

 

                           MARTIN
CHEMICAL, INC. D/B/A MARTIN

                                       RESOURCES,
INC., Appellee

 



 

                                         On
Appeal from the 358th District Court

 

                                                           Ector
 County, Texas

 

                                                Trial Court Cause No. D-116,209

 



 

                                             M
E M O R A N D U M   O P I N I O N

Kelly Parra has filed in
this court a motion to dismiss the appeal. 
Parra states in the motion that the trial
court has granted the motion for new trial. 
Parra=s
motion is granted, and the appeal is dismissed.

 

September
28, 2006                                                                 PER
CURIAM

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.